**Fill in this information to identify the case:**

Debtor name    **Florida Moving & Storage, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 11, 2016**        X **/s/ J. Chris Traini**
                                            Signature of individual signing on behalf of debtor

                                         **J. Chris Traini**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Florida Moving & Storage, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adi Amit, Esq. Lubell & Rosen, LLC 200 S Andrews Ave Ste 900 Fort Lauderdale, FL 33301-2068** | | | | | | **$3,800.00** |
| **American Express PO Box 650448 Dallas, TX 75265-0448** | | | | | | **$1,000.00** |
| **Benjamin Frederick McCray c/o Elliot Ari Kozolchyk 320 SE 9th St Fort Lauderdale, FL 33316-1128** | | **Pending Lawsuit** | | | | **$26,553.57** |
| **Bobby Lee Bolt c/o Elliot Ari Kozolchyk 320 SE 9th St Fort Lauderdale, FL 33316-1128** | | | | | | **$9,020.00** |
| **Capital One PO Box 71083 Charlotte, NC 28272-1083** | | | | | | **$10,968.12** |
| **J. Christopher Traini 5634 17900 N Bay Rd # 307 Sunny Isles Beach, FL 33160** | | | | | | **$10,000.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Florida Moving & Storage, Inc.**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Penske Truck Leasing Co., L.P. PO Box 532658 Atlanta, GA 30353-2658** | | | | $2,700.00 | $0.00 | $2,700.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com