

**ORDERED in the Southern District of Florida on August 5, 2016.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

FLORIDA MOVING & STORAGE, INC.                Case No. 16-19652-JKO
d/b/a RAPID MOVERS,                           Chapter 11

                   Debtor.
_____/

### ORDER DENYING
### DEBTOR'S MOTION TO EXPAND SCOPE OF
### AUTOMATIC STAY TO DISTRICT COURT CO-DEFENDANTS
### PURSUANT TO 11 U.S.C. §362(A) *WITHOUT PREJUDICE*

THIS CAUSE, came before the Court on August 3, 2016, at 10:30 a.m. upon the *Debtor's Motion to Expand Scope of Automatic Stay to District Court Co-Defendants Pursuant to 11 U.S.C. §362(a)* (the "Motion") [DE 7], and the Court having reviewed the Motion, heard argument of counsel, and being otherwise fully advised, **ORDERS:**

1

1.       The *Debtor's Motion to Expand Scope of Automatic Stay to District Court Co-Defendants Pursuant to 11 U.S.C. §362(a)* is **DENIED WITHOUT PREJUDICE.**

###

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same).*